UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALBERTO PEREZ CHAVEZ | CIVIL DOCKET NO. 1:26-CV-1466 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WINN CORRECTIONAL CENTER ET AL | MAGISTRATE JUDGE MARK L. HORNSBY |

## ORDER

Considering Petitioner Alberto Perez Chavez's MOTION TO VOLUNTARY DISMISS HABEAS PETITION (the "Motion") [Doc 6];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Alberto Perez Chavez is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 26th day of May 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE